**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 26, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00580-CR

## ABRAHAM DIAZ LUGO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1728177**

## MEMORANDUM OPINION

On June 28, 2023, appellant Abraham Diaz Lugo filed a notice of appeal from his conviction of sexual assault. On August 22, 2023, appellant's counsel filed a motion to withdraw the appeal. Appellant did not sign the motion. *See* Tex. R. App. P. 42.2(a) (appellant must sign the written motion to dismiss). We denied

the motion and instructed counsel to file a motion in compliance with Rule 42.2(a). On September 6, 2023, counsel filed another motion to withdraw the appeal. In that motion, counsel attached a transcript of a hearing in the trial court wherein appellant confirmed he did not want to pursue his appeal. Further, in the current motion to withdraw, counsel explained that appellant is in the custody of the U.S. Immigration and Customs Enforcement.

The current motion to withdraw is not signed by appellant. However, based upon appellant's testimony that he does not want to pursue the appeal, we conclude that good cause exists the suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2; *Adkins v. State*, No. 14-23-00596-CR, 2023 WL 5563650 at *1 (Tex. App.—Houston [14th Dist.] Aug. 29, 2023, no pet. h.) (mem. op., not designated for publication); *Pirtz v. State*, No. 02-02-00482-CR, No. 02-02-00483-CR, 2003 WL 22251615 at *1 (Tex. App.—Fort Worth Oct. 2, 2003, no pet.) (mem. op., not designated for publication).

Accordingly, we grant the motion and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)